AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:94-cr-20040-BBD   Document 235   Filed 04/26/05   Page 1 of 2   PageID 68

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FIL...

05 APR 26 AM 7:4...

ROBERT R. DI ...O
CLERK, U.S. DI ...T.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:94CR20040-01

GREGORY DEWAYNE SHARP
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

    The defendant, Gregory Dewayne Sharp, was represented by Doris Randle-Holt, Esq.

    It appearing that the defendant, who was convicted on February 10, 1995 in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **six (6) months with execution of sentence to be deferred until after September 15, 2005.**

    FURTHERMORE, the Court imposes a term of Supervised Release of **2 years**, and re-imposes all of the previous conditions of Supervised Release.

    The defendant is allowed to remain released on present bond.

    Signed this the 25th day of April, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 07-18-1966
U.S. Marshal No.: 14777-076
Defendant's Mailing Address: 4536 Paula Drive, Memphis, TN 38116

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4/26/05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 235 in case 2:94-CR-20040 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT